IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVA BAJJALI<br>　*Plaintiff,* | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4:18-cv-4677 |
| | § | |
| NATIONWIDE GENERAL<br>INSURANCE COMPANY<br>　*Defendant.* | §<br>§<br>§<br>§ | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Eva Bajjali ("Plaintiff") and Defendant Nationwide General Insurance Company ("Defendant") hereby file this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1.   Plaintiff filed suit against Defendant related to an insurance claim for property damage.

2.   Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3.   Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4.   This case is not a class action, and a receiver has not been appointed.

5.   This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

| | |
|---|---|
| */s/ Chris Schleiffer (by permission PMK)* | */s/ Patrick M. Kemp* |
| Christopher Schleiffer | Patrick M. Kemp |
| Texas Bar No. 24088362 | Texas Bar No. 24043751 |
| Southern District No. 2516220 | Southern District No. 38513 |
| scott@vosslawfirm.com | pkemp@smsm.com |
| The Voss Law Firm, P.C. | Robert G. Wall |
| The Voss Law Center | Texas Bar No. 24072411 |
| 26619 Interstate 45 South | Southern District No. 1117137 |
| The Woodlands, Texas 77380 | rwall@smsm.com |
| (713) 861-0015 | Johali Muzaliwa |
| (713) 861-0021 – Facsimile | Texas Bar No.: 24092881 |
| | Southern District Bar No.: 2860965 |
| **ATTORNEY FOR PLAINTIFF** | jmuzaliwa@smsm.com |
| | Segal McCambridge Singer & Mahoney |
| | 100 Congress Avenue, Suite 800 |
| | Austin, Texas 78701 |
| | (512) 476-7834 |
| | (512) 476-7832 – Facsimile |
| | |
| | **ATTORNEYS FOR DEFENDANT NATIONWIDE GENERAL INSURANCE COMPANY** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 9th day of July, 2019 to:

Christopher Schleiffer
Voss Law Firm
26619 Interstate 45 South
The Woodlands, TX 77380

                                                  */s/ Patrick M. Kemp*
                                                  Patrick M. Kemp