United States District Court
Southern District of Texas
**ENTERED**
July 09, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVA BAJJALI<br>*Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-4677 |
| NATIONWIDE GENERAL<br>INSURANCE COMPANY<br>*Defendant.* | § § § § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Eva Bajjali and Defendant Nationwide General Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice, with each party to bear its own costs.

Signed this  9th  day of       July         , 2019.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

1